# LAW OFFICES OF ERIC A. SHORE

Eric A. Shore △
*President*

**Managing Associates**

Graham F. Baird △
*Employment / Civil Rights*

Dennis J. Gruenke △+
*Workers' Compensation / Personal Injury*

Linda M. Lopez △
*ERISA Disability*

Scott K. Johnson ○◇
*Class Actions / Education*

Lisa Cunningham ⊙
*Social Security / Veterans Disability*

Two Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
215-627-9999 | Fax: 215-627-9426

4 Echelon Plaza, 8th Floor
201 Laurel Road
Voorhees, NJ 08043
856-761-1222 | Fax: 856-427-4008

*Associates*
Yvette C. Cave ▭
JoAnn V. Diaz △
Robert H. Graff ○
Alexa L. Guarni ▭
Gabrielle Muller ⊙▭
Justin F. Robinette ○
Dennis C. Schmieder ▭
Michael A. Shore ○
Toni L. Telles ▭

*Licensed*
○ PA   ▭ NJ   △ PA&NJ   + MD   ⊙ NY   ◇ CA

*Reply to Voorhees Office*                 August 22, 2019

**VIA CM/ECF AND NEW JERSEY LAWYERS' SERVICE**                 **Toni L. Telles, Esquire**
Direct Dial 856-433-6228
**Honorable Lois H. Goodman**                 Direct Telefax 856-433-6230
Courtroom 7 East                 ToniT@EricShore.com
United States Courthouse
402 East State Street
Trenton, NJ 08608

Re:   Kimberly Sturman v. The Nielsen Company US LLC, et al.
      Case No.: 3:19-cv-16486-MAS-LHG

Dear Judge Goodman:

Our office represents the Plaintiff, Kimberly Sturman, in connection with the above-referenced matter. Defendants are represented by the firm of Buchanan Ingersoll & Rooney, PC.

I am writing to advise that the parties have reached a settlement in this matter and, therefore, the scheduling conference scheduled for October 1, 2019 can be adjourned.

We thank the Court for its consideration.

Respectfully,

THE LAW OFFICES OF ERIC A. SHORE

By: _____
TONI L. TELLES, ESQUIRE

TLT/rs
cc:   *via CM/ECF to:*
      Christopher J. Dalton, Esquire
      Lauren J. Glozzy, Esquire
      Attorneys for Defendants

www.1-800-CANT-WORK.com